United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN RANDOLF VEGA,<br>Plaintiff,<br>v.<br>CHANCE ANDES,<br>Defendant. | Case No. 26-cv-13705-JSC<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 1 |

The Clerk opened this case based upon an unsigned motion for a temporary restraining order ("TRO") and preliminary injunction filed by Plaintiff, a California prisoner proceeding without representation by an attorney. (ECF No. 1.) Plaintiff has not filed a complaint or other pleading, nor has he paid the filing fee or filed an application to proceed in forma pauperis ("IFP"). On November 13, 2026, the Clerk sent him the complaint and IFP forms and instructions, and notified him that he must complete and file them within 28 days[1] or the case will be dismissed. (ECF Nos. 2, 3.)

Plaintiff's motion cannot be granted because no civil action has been commenced so there is not yet a lawsuit in which the Court can make a ruling. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). If Plaintiff files a complaint on or before December 11, 2026, the action will commence, and if he either pays files a completed IFP application (or pays the filing fee) by that deadline, the Court will rule on any further motions he files.

The Court further notes that Plaintiff did not sign the motion for a TRO and preliminary injunction or his accompanying declaration. (ECF Nos. 1 at 2; 1-1 at 1.) "Every pleading, written

[1] In other words, by December 11, 2026.

motion, and other paper must be signed" by a party who is unrepresented by an attorney, and if it is not, it must be stricken. Fed. R. Civ. P. 11(a). If he files a complaint or any further motions, he must sign them in order for the Court to consider them.

For the foregoing reasons, the motion for a TRO and preliminary injunction is DENIED.

This order resolves docket number 1.

**IT IS SO ORDERED.**

Dated: November 19, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge